UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SYLVIA J. KNIGHT,

    Plaintiff,

v.

**JUDGMENT**

No. 5:11-CV-556-FL

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 4, 2012, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative action.

**This Judgment Filed and Entered on May 4, 2012, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman (via CM/ECF Notice of Electronic Filing)

May 4, 2012                    JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk